1  THOMAS P. O'BRIEN
   United States Attorney
2  LEON W. WEIDMAN
   Assistant United States Attorney
3  Chief, Civil Division
   SHARLA CERRA  (CSB #187176)
4  Assistant United States Attorney
           Federal Building Suite 7516
5          300 North Los Angeles Street
           Los Angeles, California
6          Tel. 213 894-6117
           FAX:  213 894-7819
7          Email:  Sharla.Cerra@usdoj.gov

8  Attorneys for Defendant MICHAEL J. ASTRUE,
   Commissioner of Social Security
9

10              UNITED STATES DISTRICT COURT
11              CENTRAL DISTRICT OF CALIFORNIA
12

13 EVELYN ZIKRY,                    )  CV 07-5341 FFM
                                    )
14      Plaintiff,                  )  **JUDGMENT OF REMAND**
                                    )
15      v.                          )
                                    )
16 MICHAEL J. ASTRUE, Commissioner  )
   of Social Security,              )
17                                  )
        Defendant.                  )
18 _____  )

19      The Court having approved the parties' stipulation to remand this case
20 pursuant to Sentence 4 of 42 U.S.C. § 405(g) for further proceedings consistent
21 with that stipulation and for entry of judgment for Plaintiff, judgment is hereby
22 entered for Plaintiff.

23

24 DATED  January 29, 2009
25                                      / S /  FREDERICK F. MUMM
26                                      _____
                                        FREDERICK F. MUMM
27                                      UNITED STATES MAGISTRATE JUDGE
28

-1-