1  Marc V. Kalagian
   Attorney at Law: 149034
2  Rohlfing & Kalagian, LLP
   211 E. Ocean Boulevard, Ste. 420
3  Long Beach, California 90802
   Tel.: (562) 437-7006
4  Fax: (562) 432-2935
   E-Mail: marckalagian_rohlfinglaw@hotmail.com
5
   Attorneys for Plaintiff
6

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11 EVELYN ZIKRY,              ) Case No.: CV 07-5341 FFM
                              )
12         Plaintiff,         ) [PROPOSED] ORDER AWARDING
                              ) EAJA ATTORNEY FEES
13 v.                         )
                              )
14 MICHAEL J. ASTRUE,         )
   COMMISSIONER OF SOCIAL     )
15 SECURITY,                  )
                              )
16         Defendant.         )
                              )
17

18     Based upon the parties' Stipulation for the Award and Payment of Equal

19 Access to Justice Act Fees, IT IS ORDERED that the Commissioner shall pay to

20 Marc V. Kalagian, as Plaintiff's assignee and subject to the reservation of rights,

21 the amount of TWO THOUSAND-TWO HUNDRED dollars ($2,200.00) as

22 authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced

23 Stipulation.

24 DATE:   April 24, 2009
                          /S/ FREDERICK F. MUMM
25                        THE HONORABLE FREDERICK M. MUMM
                          UNITED STATES MAGISTRATE JUDGE
26

27

28